RECEIVED

SEP 1 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ATIBE J. GAYMES,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-03091 |
| VERSUS | |
| PAT BOOKS, WARDEN, et al.,<br>    Respondents | JUDGE STAGG<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 22) is GRANTED and Gaymes' habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at <u>Shreveport</u>, Louisiana, on this 15th day of September 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE